UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| 1900 MARKET LLC and<br>ANODYNE HS GROUP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKFYRE S.A. and<br>ANDREW WALKER,<br><br>Defendants. | Case No. 1:23-cv-00754 (PTG/LRV)<br><br>Hon. Patricia Tolliver Giles |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs 1900 Market LLC and Anodyne HS Group LLC (together, "**Plaintiffs**") and Defendants Blackfyre S.A. and Andrew Walker (together, "**Defendants**") submit this Joint Stipulation of Dismissal in the above-captioned action. Plaintiffs and Defendants have settled the above-captioned action. All of Plaintiffs' claims against Defendants are dismissed with prejudice. Each party shall bear its own costs and expenses relating to this litigation, except as otherwise agreed among the parties.

*[Signature page to follow]*

<table>
<tr><td>

Dated: March 5, 2024

</td><td>

**BEAN, KINNEY & KORMAN P.C.**

/s/ Raighne C. Delaney
Raighne C. Delaney, VSB #38787
2311 Wilson Boulevard, 5th Floor
Arlington, Virginia 22201
(T): 703-525-4000
rdelaney@beankinney.com

*Admitted Pro Hac Vice*
**MEYNER AND LANDIS LLP**
Catherine Pastrikos Kelly, Esq.
100 Park Avenue, 17th Floor
New York, New York 10016
(T): 973.602.3423
ckelly@meyner.com
*Attorneys for Plaintiffs*

**LATHAM & WATKINS LLP**

/s/ David L. Johnson
David L. Johnson (VSB#: 89289)

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200
david.johnson@lw.com

*Admitted Pro Hac Vice*
Blair Connelly
John V.H. Pierce
Leah Friedman

1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
blair.connelly@lw.com
john.pierce@lw.com
leah.friedman@lw.com

*Attorneys for Defendants*

</td></tr>
</table>

/s/
Patricia Tolliver Giles
United States District Judge

SO ORDERED
March 6, 2024